IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:12cr14-MW/GRJ-1

BRANDON EDWARD SIMMONS,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 120, and has also reviewed *de novo* Defendant's objections to the Report and Recommendation, ECF No. 121. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. Defendant's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255, ECF No. 108, is **DENIED**. A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 9, 2017.**

                                                     s/Mark E. Walker           ____
                                                     United States District Judge